**Order entered January 7, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01019-CV

**PHYLLIS SLICKER, Appellant**

**V.**

**LESLIE G. MARTIN, P.C., Appellee**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-15742**

## ORDER

Before the Court is appellee's emergency motion for extension of time to file brief tendered. We **GRANT** the motion and **ORDER** the corrected brief tendered December 17, 2019 filed as of the date of this order.

/s/     KEN MOLBERG
        JUSTICE